IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

v.                                               Nos. CIV 09-0219 JB/KBM
                                                  CR 04-1978 JB

ROBERT MICHAEL HANRAHAN,

      Defendant-Movant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

      THIS MATTER came before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed June 29, 2009 (Doc. 11).  To date there have been no objections.  Accordingly,

      **IT IS ORDERED** that (i)  Counsel from the CJA Panel be appointed for Petitioner; (ii) the United States' motion to find the attorney client-privilege waived *(Doc. 5) (Doc. 131* in the criminal action) is denied without prejudice with a right to renew the motion after counsel for defendant makes an appearance; and (iii) the Magistrate Judge hold an evidentiary hearing.

                                                              _____
                                                               UNITED STATES DISTRICT JUDGE